# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **HENRY HICKSON #369635** | **CASE NO. 5:23-CV-00378 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **TERRANCE HAULCY, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 27), and after a de novo review of the record, including the Objection filed by Petitioner (Doc. 34), having determined that the findings and recommendation are correct under the applicable law;

It is ordered that Defendants' Motion for Summary Judgment (Doc. 24) is **GRANTED**, and that this civil action is dismissed without prejudice.

**THUS DONE AND SIGNED** in Alexandria, Louisiana, this 29th day of February, 2024.

_____
**JUDGE JERRY EDWARDS, JR.**
**United States District Court**